| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | JEREMY KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorneys for Defendant
NOE ROMAN-FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00109 LJO-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE; |
| | ) | ORDER THEREON |
| NOE ROMAN-FERNANDEZ, | ) | |
| | ) | Date: June 3, 2013 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for May 20, 2013, **may be continued to June 3, 2013 at 8:30 a.m.**

The defense requests this additional week in order to complete its investigation in light of the defense counsel's absence in early May. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 29, 2013    By:    /s/ *Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: April 29, 2013    By:    /s/ *Jeremy Kroger*
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
NOE ROMAN-FERNANDEZ

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   April 30, 2013**          /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE